**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| QIMONDA RICHMOND, LLC, et al., | ) | Case No. 09-10589  (MFW) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | Jointly Administered |
| | ) | |
| EPLG I, LLC, AS TRUSTEE FOR THE QR LIQUIDATING TRUST, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No. 11-50603  (MFW) |
| | ) | |
| CITIBANK, NATIONAL ASSOCIATION AND U.S. BANK, NATIONAL ASSOCIATION | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## O R D E R

**AND NOW**, this **26th** day of **MARCH, 2012,** upon consideration of the Motion to Dismiss filed by the Defendant and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss is **DENIED.**

BY THE COURT:

*[signature]*

Mary F. Walrath
United States Bankruptcy Judge

cc: Timothy P. Cairns, Esquire[1]

---

[1] Counsel shall distribute a copy of this Order and the accompanying Memorandum Opinion to all interested parties and file a Certificate of Service with the Court.

**SERVICE LIST**

Timothy P. Cairns, Esquire
Michael R. Seidl, Esquire
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street
Wilmington, DE 19801
Attorneys for Qimonda Richmond, LLC

David H. Wollmuth, Esquire
Vincent T. Chang, Esquire
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Of Counsel

Gregory Werkheiser, Esquire
Andrew R. Remming, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Counsel for Citibank, National Association

Scott A. Edelman, Esquire
Sander Bak, Esquire
MILBANK, TWEED, HADLEY & McCloy LLP
One Chase Manhattan Plaza
New York, New York 1005-1413
Counsel for Citibank, National Association